OFFICE OF DISCIPLINARY COUNSEL *v.* CURREN.

[Cite as Disciplinary Counsel *v.* Curren (1988), 39 Ohio St. 3d 117.]

(No. D.D. 87-28—Submitted March 15, 1988—Decided October 12, 1988.)

122

*J. Warren Bettis,* disciplinary counsel, and *Mark H. Aultman,* for relator.

*Charles W. Kettlewell,* for respondent.

*Per Curiam.* This court finds that respondent violated the Disciplinary Rules indicated by the board. Our review of the record, however, requires us to order a more severe sanction than that recommended by the board. Accordingly, respondent is hereby ordered indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.